# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/16/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00337ACK-BMK

CASE NAME:        Nakashima v. Prudential

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Barry M. Kurren            REPORTER:

DATE:      12/16/2005                 TIME:

COURT ACTION:  EO: *Plaintiff Brian K. Nakashima's Motion to Continue Trial, Amend Deadlines Set Forth in Rule 16 Scheduling Order* set for hearing on 12-16-05 before Magistrate Judge Barry M. Kurren, and all other dates/deadlines are vacated in light of Judge Alan C. Kay's Order Granting Defendants' Motion for Summary Judgment.

cc: David Harada-Stone, Richard Rand

Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\cv 04-337ack-bmk nakashima 12-16-05.wpd