AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. NAKASHIMA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00337ACK-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| PRUDENTIAL EQUITY GROUP, L.L.C., f.k.a. Prudential Securities, Inc.; Prudential Financial, Inc.; Wac | December 22, 2005<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

> IT IS ORDERED AND ADJUDGED that the Court's GRANTS Defendants' Motion for Summary Judgment on all claims pursuant to the "Order Granting Defendants' Motion for Summary Judgment" issued by District Judge Alan C. Kay on December 14, 2005.

| | |
|---|---|
| _____December 22, 2005_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | _____/s/ Bernadette A. Biacan_____ |
| | (By) Deputy Clerk |