Of Counsel:

LAW OFFICES OF JERRY M. HIATT

JERRY M. HIATT                2116-0
DAVID R. HARADA-STONE         6229-0
65-1279 Kawaihae Road
Parker Square, Suite 204
Kamuela, Hawaii 96734
Tel: (808) 885-3400

Attorneys for Plaintiff
BRIAN K. NAKASHIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. NAKASHIMA,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL EQUITY GROUP, LLC, f.k.a. PRUDENTIAL SECURITIES, INC.; PRUDENTIAL FINANCIAL, INC.; WACHOVIA SECURITIES, LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE ENTITIES 1-50,<br><br>Defendants. | CV 04-00337 ACK/BMK<br>(Non-Vehicle Tort)<br><br>NOTICE OF APPEAL;<br>REPRESENTATION STATEMENT;<br>CERTIFICATE OF SERVICE |

0096-001 Notice of Appeal

## NOTICE OF APPEAL

Notice is hereby given that Brian Nakashima, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion for Summary Judgment, entered in this action on December 14, 2005, and the Final Judgment entered in this action on December 22, 2005.

Dated: Kamuela, Hawaii, January 19, 2006.

_____
JERRY M. HIATT
DAVID R. HARADA-STONE

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. NAKASHIMA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL EQUITY GROUP, LLC, f.k.a. PRUDENTIAL SECURITIES, INC.; PRUDENTIAL FINANCIAL, INC.; WACHOVIA SECURITIES, LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE ENTITIES 1-50,<br><br>　　　　Defendants. | ) CV 04-00337 ACK/BMK<br>) (Non-Vehicle Tort)<br>)<br>) REPRESENTATION STATEMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Rule 3-2 of the Ninth Circuit Rules, Plaintiff hereby identifies the parties to the instant appeal, and their respective counsel, as follows:

Plaintiff:
Brian K. Nakashima

Represented by:

Jerry M. Hiatt, Esq.
David R. Harada-Stone, Esq.
Law Offices of Jerry M. Hiatt
65-1279 Kawaihae Road
Parker Square, Suite 204
Kamuela, Hawaii 96734
Tel: (808) 885-3400; Fax: (808) 885-6765

Defendants:
Prudential Equity Group, LLC, f.k.a.
Prudential Securities, Inc., Prudential
Financial, Inc., and Wachovia Securities, LLC

Represented by:

Richard M. Rand, Esq.
Tamara M. Gerrard, Esq.
Torkildson Katz Fonseca
  Moore & Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii 96813-4187
Tel: (808) 523-6000; Fax: (808) 523-6001


Dated: Kamuela, Hawaii, January 19, 2006.

_____
JERRY M. HIATT
DAVID R. HARADA-STONE

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. NAKASHIMA, | ) CV 04-00337 ACK/BMK |
| | ) (Non-Vehicle Tort) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| PRUDENTIAL EQUITY GROUP, | ) |
| LLC, f.k.a. PRUDENTIAL | ) |
| SECURITIES, INC.; PRUDENTIAL | ) |
| FINANCIAL, INC.; WACHOVIA | ) |
| SECURITIES, LLC; JOHN DOES | ) |
| 1-50; JANE DOES 1-50; DOE | ) |
| ENTITIES 1-50, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following by mailing said copy first class, postage prepaid, in the United States post office, as noted below, on January 19, 2006, addressed as set forth below:

0096-001  Notice of Appeal

RICHARD M. RAND, ESQ.
TAMARA M. GERRARD, ESQ.
Torkildson Katz Fonseca
  Moore & Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii 96813-4187

Attorneys for Defendants Prudential Equity Group, LLC, f.k.a. Prudential Securities, Inc., Prudential Financial, Inc., and Wachovia Securities, LLC

Dated: Kamuela, Hawaii, January 19, 2006.

_____
JERRY M. HIATT
DAVID R. HARADA-STONE

Attorneys for Plaintiff