# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** BRIAN K. NAKASHIMA vs. PRUDENTIAL EQUITY GROUP, LLC., et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15151

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-00337ACK-BMK

II **DATE NOTICE OF APPEAL FILED:** January 20, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 01/20/06     **AMOUNT:** $255.00

**NOT PAID YET:**         **BILLED:**

**U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**      **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**    **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 2 2006
DISTRICT OF HAWAII

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)