

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRIAN K. NAKASHIMA, | No. 06-15151 |
| Plaintiff - Appellant, | D.C. No. CV-04-00337-ACK<br>District of Hawaii,<br>Honolulu |
| v. | |
| PRUDENTIAL EQUITY GROUP, LLC,<br>fka Prudential Securities, Inc.; et al., | ORDER |
| Defendants - Appellees. | |

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 1 0 2006

DISTRICT OF HAWAII

This appeal is selected for inclusion in the Mediation Program.

The parties' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

The assessment conference previously scheduled for March 7, 2006, is

canceled.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator